JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION**

| | |
|---|---|
| FRANCISCO JAVIER CARRILLO MOLINA, | Case No.: 8:17-cv-01975-JVS- (JDEx) |
| Plaintiff, | **JUDGMENT ENTERED UNDER FED. R. CIV. P. 68** |
| vs. | |
| J STAR AUTO GROUP, INC. a Delaware corporation doing business as J STAR CHRYSLER DODGE JEEP RAM FIAT OF ANAHEIM HILLS and J STAR FIAT, JAHIR GIL, and DOES 1–100, inclusive, | Action Filed: 11/06/17<br>Trial Date: 12/18/18 |
| Defendants. | |

On September 27, 2018, Plaintiff FRANCISCO JAVIER CARRILLO MOLINA ("Plaintiff"), filed a Notice of Acceptance of Offer of Judgment under Rule 68(a) of the Federal Rules of Civil Procedure and Proof of Service, accepting the Offer of Judgment served by Defendant J STAR AUTO GROUP, INC. a Delaware corporation doing business as J STAR CHRYSLER DODGE JEEP RAM FIAT OF ANAHEIM HILLS and J STAR FIAT ("Defendant"), on September 7, 2018, a copy of which was attached to Plaintiff's Notice of Acceptance of Offer of Judgment. Therefore, under the provisions of Rule 68(a) of the Federal Rules of Civil Procedure,

IT IS ADJUDGED that:

(1) Plaintiff FRANCISCO JAVIER CARRILLO MOLINA shall have judgment against Defendant J STAR CHRYSLER DODGE JEEP RAM FIAT OF ANAHEIM HILLS and J STAR FIAT, in the sum of twenty thousand dollars ($20,000.00), which sum shall include all costs and attorney fees otherwise recoverable in this action.

(2) The judgment shall be in total settlement and resolution of any and all claims by Plaintiff against Defendant J STAR CHRYSLER DODGE JEEP RAM FIAT OF ANAHEIM HILLS and J STAR FIAT, including those at issue in the Complaint or any others that could have been brought in the above-captioned case.

Dated: October 04, 2018

                                      Hon. James V. Selna
                                      United States District Judge

Presented by:

WIEZOREK & PAYNE

    */s/ Geoffrey S. Payne*
Geoffrey S. Payne, Esq.
Attorneys for Plaintiff Francisco Javier Carrillo Molina
5150 E. Pacific Coast Highway, Ste. 605
Long Beach, California 90804
gpayne@wiezorekpayne.com
Tel: (562) 433-0386; Fax: (562) 433-8926

-2-
[PROPOSED] JUDGMENT ENTERED UNDER FED. R. CIV. P. 68